IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-94-337-CV





C. DARRYL PRIMEAUX AND C. DARRYL PRIMEAUX, INC.,




 APPELLANTS



vs.





LAMAR HOMES, INC.,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT



NO. 94-01732, HONORABLE JON N. WISSER, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed a joint motion to reverse judgment and remand cause. The
parties' joint motion is granted. Tex. R. App. P. 59(a)(1)(A).

 The judgment of the trial court is reversed and the cause remanded for further
proceedings consistent with the parties' settlement agreement.


Before Chief Justice Carroll, Justices Jones and Kidd

Reversed and Remanded on Joint Motion

Filed: September 21, 1994

Do Not Publish